**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Claybourne Miller<br>245 Twilight Drive<br>Independence, OH 44131<br><br>Plaintiff,<br><br>vs. | CASE NO:<br><br>JUDGE: |
| United States of America<br><br>and<br><br>United States Post Office<br>General Law Service Center<br>USPS National Tort Center<br>1720 Market St., Room 2400<br>St. Louis, MO  63155-9948<br><br>Defendants. | **COMPLAINT WITH JURY DEMAND<br>ENDORSED HEREON** |

Now comes the Plaintiff, Claybourne Miller, and for his claims against Defendants, states as follows:

**FIRST CLAIM – PRELIMINARY ALLEGATIONS**

1. Plaintiff, Claybourne Miller was a resident of Cuyahoga County, Ohio on the date of the accident, which gives rise to this lawsuit, September 12, 2023.

2. Defendants, United States of America, and United States Post Office, were the employer of Jean Colon, a United States Postal Service employee, who, while in the course and scope of his employment, was involved in the accident of September 12, 2023, which gives rise to this lawsuit. Pursuant to 28 USC §2679, Plaintiff's exclusive remedy against Jean Colon for his negligence is to proceed in Federal Court against the United States of America.

3. Pursuant to 28 USC § 2675, Plaintiff submitted a claim on or about September 23, 2024, to the Office of the USPS Tort Claims Department 2200 Orange Avenue, Room 212, Cleveland, OH 44101.

4. On December 17, 2024, a USPS tort representative acknowledged receipt of the SR 95.

5. More than six months have passed since the USPS received the demand and no rejection or acceptance of the claim has been sent to Plaintiff. Therefore, pursuant to 28 U.S.C. 2675(a), the failure of an agency to make final disposition of a claim within six months after it is filed shall, at the option of the claimant any time thereafter, be deemed a final denial of the claim for purposes of this section.

6. Original jurisdiction is granted to this Court, pursuant to 28 USC §1346.

## SECOND CLAIM – NEGLIGENCE

7. Plaintiff incorporates herein all prior allegations as if fully re-written.

8. On or about September 12, 2023, Plaintiff, Claybourne Miller was traveling northbound on State Route 176 in Seven Hills, Cuyahoga County, Ohio. Jean Colon, who at all relevant times was an employee of the United States Postal Service and who was in the course and scope of his employment, was attempting to turn onto State Route 176 from a private drive when he failed to yield the right of way and struck the vehicle being operated by Plaintiff.

9. Jean Colon, who at all relative times was an employee of the United States Postal Service and who was in the course and scope of his employment with the United States Postal Service, negligently operated a motor vehicle causing a collision with a motor vehicle operated by Plaintiff, Claybourne Miller.

10. As a proximate result of Jean Colon's negligence, Plaintiff Claybourne Miller suffered injuries to his body causing pain and suffering and will continue to suffer said pain and suffering into the future and upon a permanent basis.

11. As a further result, Plaintiff incurred medical expense and expects to incur such expenses in the future.

12. As a further result of Jean Colon's negligence, while in the scope of his employment with the United States Postal Service, Plaintiff Claybourne Miller has incurred lost income and will suffer future loss of income and has incurred a loss of earning capacity.

13. As a further result of Jean Colon's negligence, while in the scope of his employment with the United States Postal Service, Plaintiff Claybourne Miller has suffered damage to the vehicle, and has incurred towing, storage, and rental car costs.

WHEREFORE, Plaintiff Claybourne Miller, prays for a judgment against Defendant as follows:

a. Compensatory damages for Plaintiff in an amount in excess of Seventy-five Thousand Dollars ($75,000.00), plus costs incurred in this action plus interest and attorney's fees;

b. Any such other relief to which Plaintiff may show himself entitled.

Respectfully submitted,

**KISLING NESTICO & REDICK, LLC**

/s/ *Michael J. Maillis*
Michael J. Maillis (0065472)
22 E. McKinley Way
Poland, Ohio 44514
Phone: 330-729-1090/Fax: 330-869-9008
Email: mmaillis@knrlegal.com
*Attorney for Plaintiff Claybourne Miller*

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

>*/s/ Michael J. Maillis*
>Michael J. Maillis (0065472)
>*Attorney for Plaintiff Claybourne Miller*